UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOPKINS, | ) Case No. CV-04-4071 NJV |
| Plaintiff, | ) |
| | ) ~~PROPOSED~~ ORDER |
| v. | ) |
| MCMAHAN'S FURNITURE OF RENO, INC., dba MCMAHAN'S OF EUREKA, WHITE HOUSE FINANCE AFFILIATES | ) ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HOPKINS v MCMAHAN'S FURNITURE, et al.</u>, Case Number C 04-4071 NJV, is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated: August 10, 2005

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE